# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DANIEL O. DAILEY, SR. | : | CHAPTER 13 |
| | : | |
| Debtors. | : | 18-04700-RNO |
| KEYBANK, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | 11 U.S.C. §362 |
| | : | |
| DANIEL O. DAILEY, SR. and | : | |
| CHARLES J. DEHART, III, ESQUIRE | : | |
| | : | |
| Respondents | : | |

## ANSWER TO MOVANT'S, MOTION FOR RELIEF

AND NOW, comes the Debtor, Daniel O. Dailey Sr., by and through his Attorney, Patrick J. Best, of ARM Lawyers, who hereby answers as follows:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted that this is a request for relief; denied that relief should be granted.

6.      Denied. Debtor's Chapter 13 Plan proposes to pay the entire loan balance. As such, no post-petition payments were due.

7.      Admitted.

8.      Admitted.

9.      Denied. Movant alleges value of $70,000 and a lien of $12,114.91. Using Movant's alleged value, there is significant equity which results in adequate protection.

10.      Admit.

11.     Denied. As the entire loan is to be paid through the Plan, co-debtor stay is inappropriate.

**WHEREFORE**, Debtors respectfully request that this Honorable Court deny Movant's Motion for Relief.


Date: <u>March 20, 2019</u>                                    /s/ Patrick J. Best
                                                              Patrick J. Best, Esq.
                                                              ARM Lawyers
                                                              18 N. 8th St.
                                                              Stroudsburg PA 18360
                                                              Counsel for Debtor
                                                              Phone: 570-424-6899
                                                              Facsimile: 484.544.8625