# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel O Dailey Sr,<br>aka Daniel Dailey, aka Daniel Dailey Sr., aka Daniel O Dailey, | Chapter 13 |
| | Case No. 5:18−bk−04700−MJC |
| **Debtor 1** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 1, 2022

ordsmiss (05/18)