# Notice Recipients

District/Off: 0314–5   User: AutoDocketer   Date Created: 9/1/2022
Case: 5:18–bk–04700–MJC   Form ID: ordsmiss   Total: 38

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |
| aty | Brian Thomas Langford | PitEcf@weltman.com |
| aty | James Randolph Wood | jwood@portnoffonline.com |
| aty | Patrick James Best | patrick@armlawyers.com |
| aty | Robert S. Frycklund | robert@frycklund.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Daniel O Dailey, Sr | 158 E Main St    Macungie, PA 18062 |
| cr | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| cr | Lehighton Area School District | c/o Portnoff Law Associates, Ltd.    P.O. Box 3020    Norristown, PA 19404 |
| cr | Carbon County Tax Claim Bureau | Court House Annex PO Box 37    JIM THORPE, PA 18229–1238 |
| 5149010 | AT&T Mobility II LLC | %AT&T SERVICES INC.    KAREN A. CAVAGNARO PARALEGAL    ONE AT&T WAY, SUITE 3A104    BEDMINSTER, NJ. 07921 |
| 5131957 | Ally Bank | PO Box 130424    Roseville MN 55113–0004 |
| 5128045 | Ally Financial | 200 Renaissance Ctr    Detroit, MI 48243 |
| 5128046 | Berkheimer Tax Administrator | 50 North 7th Street    Bangor, PA 18013 |
| 5128047 | Blue Ridge Communications | PO Box 316    Palmerton, PA 18071 |
| 5128048 | Cap One | Po Box 85015    Richmond, VA 23285–5075 |
| 5137468 | Capital One Bank (USA), N.A. | PO Box 71083    Charlotte, NC 28272–1083 |
| 5209679 | Carbon County Tax Claim Bureau | P.O. Box 37    Jim Thorpe, PA, PA 18229 |
| 5128049 | Dept Of Education/Neln | 121 S 13th St    Lincoln, NE 68508 |
| 5128050 | Diversified Consultant | 10550 Deerwood Park Blvd    Jacksonville, FL 32256 |
| 5128051 | Fin Recovery | Po Box 8609    Cherry Hill, NJ 08002 |
| 5128052 | I C System | Po Box 64378    Saint Paul, MN 55164 |
| 5128053 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101–7346 |
| 5128054 | Keybank Na | 4910 Tiedman Road    Brooklyn, OH 44144 |
| 5161569 | Lehighton Area School District | c/o Portnoff Law Associates, Ltd.    P.O. Box 3020    Norristown, PA 19404 |
| 5148536 | MIDLAND FUNDING LLC | PO Box 2011    Warren, MI 48090 |
| 5128055 | Midland Funding | 2365 Northside Dr Ste 30    San Diego, CA 92108 |
| 5128056 | PPL Electric Utilities | PO Box 25222    Lehigh Valley, PA 18002 |
| 5128593 | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 5140369 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946    Harrisburg, Pa. 17128–0946 |
| 5150381 | Portfolio Recovery Associates, LLC | POB 12914    Norfolk VA 23541 |
| 5128057 | Rent–A–Center | 5501 Headquarters Dr    Plano, TX 75024 |
| 5128058 | Syncb/Scre | 4125 Windward Plaza    Alpharetta, GA 30005 |
| 5131058 | T Mobile/T–Mobile USA Inc | by American InfoSource as agent    PO Box 248848    Oklahoma City, OK 73124–8848 |
| 5132250 | US Department of Education c/o Nelnet | 121 South 13th Street, Suite 201    Lincoln, NE 68508 |
| 5149404 | Varius Holdings, LLC | PO BOX 1931    Burlingame, CA 94011 |
| 5128059 | Verizon | Po Box 650584    Dallas, TX 75265 |
| 5149680 | Verizon | by American InfoSource as agent    PO Box 248838    Oklahoma City, OK 73124–8838 |

TOTAL: 32